UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON BUSZTA, on behalf of
himself and all other similarly situated,

        Plaintiff,

vs.

Case No. 09-CV-13059
HON. GEORGE CARAM STEEH

MATRIXX INITIATIVES, INC.,
a Delaware corporation, et al.,

        Defendants.

_____/

ORDER OF ADMINISTRATIVE CLOSING

On even date, this Court entered a Stipulated Order staying these proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation ("MDL") whether to coordinate ten federal actions for pretrial proceedings pursuant to 28 U.S.C. § 1407(a). The MDL Panel is scheduled to conduct a hearing on the matter on September 24, 2009. The parties have agreed to stay this lawsuit pending the MDL Panel's decision. Accordingly, and consistent with the terms of the Stipulated Order,

This case is hereby ADMINISTRATIVELY CLOSED. This case may be reopened by motion of any party without the payment of additional fees or costs, including but not limited to if the MDL Panel declines jurisdiction, or if this matter is remanded back to this court at the conclusion of MDL pretrial proceedings.

SO ORDERED.

Dated: September 1, 2009

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 1, 2009, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk